UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA CANALES,<br><br>　　　　　　　　　　Plaintiff,<br><br>-v.-<br><br>GOLDEN PEAR FUNDING II, LLC, et al.,<br><br>　　　　　　　　　　Defendants. | 24 Civ. 6512 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

　　Plaintiff filed the Complaint in this action on August 28, 2024. *See* ECF No. 1. On February 5, 2025, Plaintiff was granted leave to "amend the Complaint to allege a basis for subject matter jurisdiction." *See* ECF No. 12 at 1. Plaintiff filed the First Amended Complaint on March 3, 2025. *See* ECF No. 14. On March 31, 2025, Defendants moved to dismiss the First Amended Complaint. *See* ECF No. 15. On April 21, 2025, Plaintiff filed a Second Amended Complaint. *See* ECF No. 18.

　　In light of the foregoing, Defendants' earlier-filed motion to dismiss the First Amended Complaint, ECF. No. 15, is hereby DENIED as moot.

　　The Clerk of Court is directed to terminate ECF No. 15.

　　SO ORDERED.

Dated: May 8, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　JENNIFER H. REARDEN
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge